Office of Disciplinary Counsel *v.* Elliott.

[Cite as *Disciplinary Counsel v. Elliott* (1994), 69 Ohio St.3d 86.]

(No. 93–2204—Submitted January 26, 1994—Decided April 27, 1994.)

*Geoffrey Stern*, Disciplinary Counsel, and *Diana L. Chesley*, Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We concur in the findings and recommendations of the board. Respondent, John Wakeman Elliott, is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.